Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6709 | **DATE** | 12/5/2012 |
| **CASE TITLE** | Marcus Rush (K-57386) vs. Tom Dart | | |

**DOCKET ENTRY TEXT**

Plaintiff is given until January 3, 2013, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement. Plaintiff is warned that if he fails to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement by January 3, 2013, this case will be dismissed.

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

     This matter is before the court on Plaintiff Marcus Rush's (Rush) motion for leave to proceed *in forma pauperis*. On October 30, 2012, the court denied Rush's prior motion for leave to proceed *in forma pauperis*. The court gave Rush until December 4, 2012, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement. The court warned Rush that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement by December 4, 2012, this case would be dismissed. The docket in this case indicates that a notice of change of address was entered in this case, and that on November 27, 2012, the Clerk's Office mailed Rush another copy of this court's December 4, 2012, ruling. Since Rush is proceeding *pro se* and is incarcerated, the court will extend the deadlines in this case.

     Rush is given until January 3, 2013, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement. Rush is warned that if he fails to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with an updated prison trust account statement by January 3, 2013, this case will be

| **STATEMENT** |
|---|
| dismissed. |